**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Raul GUTIERREZ–MENDOZA, also known as, Raul Gutierrez–Gomez also known as, Raul Mendoza–Gutierrez, Defendant–Appellant.**

**No. 08–50777**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

June 16, 2009.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western

---

District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Patrick A. Lara, El Paso, TX, for Defendant–Appellant.

Before SMITH, BENAVIDES, and HAYNES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Raul Gutierrez–Mendoza has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Gutierrez–Mendoza has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.